UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES DISTRICT COURT
FILED
MAY 31 2018
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA,

**DECISION AND ORDER**

v.

18-CR-6040 EAW

REYNALDO COLON,

        Defendant.

---

    This Court referred to United States Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b), the taking of a plea under Fed. R. Crim. P. 11. The defendant, Reynaldo Colon, consented to the proceeding being before the Magistrate Judge. (Dkt. 35).

    On March 23, 2018, defendant, Reynaldo Colon, appeared before the Magistrate Judge, waived indictment, and entered pleas of guilty to Count 1 and Count 2 of the Information. Magistrate Judge Payson made an oral Report and Recommendation immediately after the plea proceeding (Dkt. 44 at 45), and filed a written Report and Recommendation (Dkt. 39) confirming that Defendant's entry of pleas of guilty met the requirements of Fed. R. Crim. P. 11, and recommending that this Court accept the guilty pleas. No objections to the Report and Recommendation were timely filed, and no extension of time to file objections was sought.

    Pursuant to 28 U.S.C. § 636(b), Magistrate Judge Payson's Report and Recommendation (Dkt. 39) is adopted in its entirety, and the Court hereby accepts

Defendant's pleas of guilty, and Defendant is hereby adjudged guilty of violating Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(C) as charged in Count 1 and Title 18 U.S.C. §§ 922(j) and 924(a)(2) as charged in Count 2 of the Information.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated:  May 31, 2018
        Rochester, New York